| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>DCarlon@kmllawgroup.com<br>Attorney for: Nationstar Mortgage LLC d/b/a Mr. Cooper | Order Filed on May 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  17-34966 MBK<br><br>Chapter: 13 |
| In Re:<br><br>Christopher Jones, Jennifer Jones<br><br>     DEBTORS. | Judge: Michael B. Kaplan |

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM AND RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Christopher Jones, Jennifer Jones
Case No.:    17-34966 MBK
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM AND RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a mortgage on real property known as 40 George Avenue, Middlesex, NJ, 08846, with the consent of Bruce C. Truesdale, Esq., counsel for the Debtor, Christopher Jones and Jennifer Jones

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Objection to Confirmation is now resolved.

I hereby agree and consent to the above terms and conditions:         Dated:   5/8/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:         Dated: 5/4/18

*/s/ Bruce C. Truesdale*
BRUCE C. TRUESDALE, ESQ., ATTORNEY FOR DEBTOR