| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b) <br> Denise Carlon <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> 215-627-1322 <br> DCarlon@kmllawgroup.com <br> Attorney for: Nationstar Mortgage LLC d/b/a Mr. Cooper | Order Filed on May 11, 2018 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No:    17-34966 MBK <br><br> Chapter: 13 |
| In Re: <br><br> Christopher Jones, Jennifer Jones <br><br>         DEBTORS. | Judge:  Michael B. Kaplan |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM AND RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 11, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:      Christopher Jones, Jennifer Jones
Case No.:    17-34966 MBK
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM AND RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a mortgage on real property known as 40 George Avenue, Middlesex, NJ, 08846, with the consent of Bruce C. Truesdale, Esq., counsel for the Debtor, Christopher Jones and Jennifer Jones

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Objection to Confirmation is now resolved.

I hereby agree and consent to the above terms and conditions:        Dated:   5/8/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   5/4/18

*/s/ Bruce C. Truesdale*
BRUCE C. TRUESDALE, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Jones  
Jennifer Jones  
      Debtors

Case No. 17-34966-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 11, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.  
db/jdb        +Christopher Jones,  Jennifer Jones,  40 George Ave,  Middlesex, NJ 08846-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Bruce C. Truesdale    on behalf of Debtor Christopher Jones brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
       Bruce C. Truesdale    on behalf of Joint Debtor Jennifer Jones brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 6