**Information to identify the case:**

| Debtor 1 | Christopher Jones | Social Security number or ITIN | xxx–xx–6404 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer Jones | Social Security number or ITIN | xxx–xx–3378 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number: 17–34966–MBK

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Jones                                      Jennifer Jones

3/4/21                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                     United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-34966-MBK
Christopher Jones  Chapter 13
Jennifer Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Mar 04, 2021    Form ID: 3180W    Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Jones, Jennifer Jones, 40 George Ave, Middlesex, NJ 08846-1724 |
| 517224490 | + | AA Action Collection, 517 South Livingston Ave, 2nd Floor, Livingston, NJ 07039-4347 |
| 517224497 | + | AMCOL Systems, Po box 21625, Columbia, SC 29221-1625 |
| 517224491 | + | Abelson & Truesdale, LLC, Bruce C. Truesdale, Esq, 147 Union Avenue, Middlesex, NJ 08846-1063 |
| 517224493 | | Aegis Security Insurnace Co, c/o Co-ordinated Benefit Plans, PO Box 23802, Tampa, FL 33623-3802 |
| 517224494 | | Allaire Emergency Phys, LLC, PO Box 37794, Philadelphia, PA 19101-5094 |
| 517224496 | + | Amcol Systems, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 517224499 | | Apex Asset Managemnet LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517224500 | + | Asset Recovery Solutions, 2200 E. Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 517224501 | | Atlantic Health System, Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 517224503 | | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-6457 |
| 517224502 | | Atlantic Medical Group, PO Box 416457, Boston, MA 02241-6457 |
| 517224506 | + | Bureau of Accounts Control, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 517224507 | + | Bureaus Investment Group Portfolio, 650 Dundee road, Suite 370, Northbrook, IL 60062-2757 |
| 517224513 | + | CMRE Financial Services, 3075 E. Imperial Hwy #200, Brea, CA 92821-6753 |
| 517224510 | + | Cardiovascular Care Group, 5 Franklin Avenue Ste 310, Belleville, NJ 07109-3522 |
| 517224511 | + | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518454455 | | Citibank, N.A., not in its individual capacity, bu, PO Box 814609, Dallas, TX 75381-4609 |
| 518454456 | | Citibank, N.A., not in its individual capacity, bu, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., not in its individual ca, PO Box 814609 Dallas, TX 75381-4609 |
| 517224514 | + | Computer Credit, Inc., 470 West Hanes Mill Road, PO Box 5238, Winston-Salem, NC 27113-5238 |
| 517224515 | + | Convergent Healthcare Recoveries, 121 NE Jefferson St, Ste 100, Peoria, IL 61602-1229 |
| 517224516 | | DSNB/Macys, PO Box 8218, Monroe, OH 45050 |
| 517224517 | + | Ear, Nose & Throat Care, PC, 242 East Main Street, Somerville, NJ 08876-3049 |
| 517224519 | + | James C. Bender & Associates, 517 S. Livington Avenue, Ste 5, Livingston, NJ 07039-4347 |
| 517224521 | + | LCA Collections, P.O. Box 2240, Burlington, NC 27216-2240 |
| 517224520 | | Laboratory Corporation of America Holdin, Po Box 2240, Burlington, NC 27216-2240 |
| 517342183 | | MORRISTOWN MEDICAL CENTER, C/O CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 517224523 | + | Maneri Law Firm LLC, 30 Two Bridges Road, Suite 260, Fairfield, NJ 07004-1558 |
| 517224525 | + | Medemerge PA, PO Box 890, Dunellen, NJ 08812-0890 |
| 517224527 | | Nationstar Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 517533428 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517342187 | | OVERLOOK HOSPITAL, C/O CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 517224528 | | On Time Ambulance, Inc., 111 E Highland Pkwy, Roselle, NJ 07203-2614 |
| 517224529 | | Pearly Whites, 515 Springfield Avenue, 2nd Floor, Berkeley Heights, NJ 07922-1180 |
| 517224530 | | Princeton Healthcare System, Lockbox # 9226, PO Box 789226, Philadelphia, PA 19178-9226 |
| 517224534 | | RWJ University Hospital-Somerset, Attn: Patient Accounts Department, 379 Campus Drive 2nd Floor, Somerville, NJ 08876 |
| 517224531 | + | Ralph S Reilly, DMD, 7 Green Brook Road, Middlesex, NJ 08846-1317 |
| 517224532 | + | Remex Collection, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517224533 | + | Robert Wood Johnson Health Net, PO Box 251, South Amboy, NJ 08879-0251 |
| 517224537 | + | SPUH: Amb Care Group, PO Box 416859, Boston, MA 02241-6859 |
| 517342185 | | ST PETERS UNIVERSITY MEDICAL CENTER, C/O CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 517224535 | + | Somerset Emerg Med Associates, P.O. Box 6222, Parsippany, NJ 07054-7222 |
| 517224536 | + | Southern Bank Emergency Physicians, c/o Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |

Case 17-34966-MBK    Doc 42    Filed 03/06/21    Entered 03/07/21 00:14:43    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 80 |

| | | |
|---|---|---|
| 517224538 | | St Peters University Hospital, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 517224539 | + | Summit Oaks Hospital, Inc., 19 Prospect St, Summit, NJ 07901-2531 |
| 517224541 | + | Tenaglia & Hunt, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 517224542 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 517224543 | | The Children's Hospital of Philadelphia, Hospital Billing-Chop, Lock Box 7802, PO Box 8500, Philadelphia, PA 19178-7802 |
| 517224544 | + | The Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 517224545 | + | The Children's Hospital of Philadelphia, PO Box 4562, Chicago, IL 60680-4480 |
| 517224546 | + | The Eye Care And Surgery Center, 10 Mountain Blvd, Warren, NJ 07059-2639 |
| 517224547 | + | Transworld Systems Inc, PO Box 17221, Wilmington, DE 19850-7221 |
| 519017221 | | U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519017222 | + | U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 U.S. Bank Trust National Association, no 75381-460 |
| 517224549 | + | University Behavioral Health Care, 671 Hoes Lane, Piscataway, NJ 08854-8021 |
| 517224550 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |
| 517224551 | | Watchung Pediatrics, 76 Stirling Road, Suite 201, Warren, NJ 07059-5778 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2021 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2021 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517224492 | + Email/Text: mreed@affcollections.com | Mar 04 2021 21:22:00 | Accuracte Colletion Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517262195 | EDI: GMACFS.COM | Mar 05 2021 01:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517224495 | + EDI: GMACFS.COM | Mar 05 2021 01:28:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517224498 | + EDI: RMCB.COM | Mar 05 2021 01:28:00 | American Medical Colllection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 517339914 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2021 21:42:47 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517224504 | + EDI: BCSERVICES.COM | Mar 05 2021 01:28:00 | BC Services Inc, 550 Disc Dr, Longmont, CO 80503-9343 |
| 517224505 | + EDI: BCSERVICES.COM | Mar 05 2021 01:28:00 | BC Services of Longmont, INc, 550 Disc Drive, Longmont, CO 80503-9343 |
| 517224508 | + EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517224509 | + EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517224512 | + Email/Text: bankruptcy@certifiedcollection.com | Mar 04 2021 21:22:00 | Certified Credit & Collection Bureau, PO box 1750, Whitehouse Station, NJ 08889-1750 |
| 517224522 | EDI: CITICORP.COM | Mar 05 2021 01:28:00 | Macy's, PO Box 8058, Mason, OH 45040-8058 |
| 517259959 | EDI: Q3G.COM | Mar 05 2021 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517224526 | + Email/Text: bankruptcy@certifiedcollection.com | Mar 04 2021 21:22:00 | Medical Center of Princeton-OP, c/o Certified Credit & Collection Bureau, PO box 1750, Whitehouse Station, NJ 08889-1750 |
| 517330304 | + EDI: MID8.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 05 2021 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517226996 | + | EDI: RMSC.COM | Mar 05 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517224540 | | EDI: RMSC.COM | Mar 05 2021 01:28:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517224548 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 04 2021 21:23:00 | Transworld Systems inc, 507 Prudential Road, Horsham, PA 19044-2308 |
| 517224552 | + | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Bank NA, PO Box 10347, Des Moines, IA 50306-0347 |
| 517292465 | | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517297683 | | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517224553 | + | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517292501 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517224518 | ##+ | Family Orthopedics, PC, 33 Overload Road, Suite 202, Summit, NJ 07901-3562 |
| 517224524 | ## | MCS CLaim Services, Inc, 123 Frost Street, Suite 202, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Christopher Jones brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Jennifer Jones brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 80 |

Denise E. Carlon
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jonathan C. Schwalb
 on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPLI bankruptcy@friedmanvartolo.com

Melissa N. Licker
 on behalf of Creditor Citibank N.A. NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPLI phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11